UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE HAMBLIN,

        Plaintiff,                                  Case No. 1:16-cv-299

v.                                                     Hon. Ray Kent

GRANDVIEW APTS LIMITED DIVIDEND
HOUSING ASSOCIATION, LLC,

        Defendant.
_____/

**ORDER TO STAY PROCEEDINGS**

        Oral argument was held this date on defendant's motion to dismiss (docket no. 11). For the reasons stated on the record, the case is **STAYED** pending resolution of the state court proceedings. After a final judgment has been entered in the state court proceedings, plaintiff's counsel shall contact the Court to schedule a status conference. The Clerk's office is directed to administratively close the case.

        **IT IS SO ORDERED.**


Dated:  August 9, 2016                /s/ Ray Kent
                                              RAY KENT
                                              United States Magistrate Judge