UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:16-cv-00299-RSK | |
| **Caption:** Hamblin v. Grandview Apts Limited Dividend Housing Association, LLC | |

| Date: | Time: | Place: | Magistrate Judge: |
|---|---|---|---|
| August 9, 2016 | 1:35 - 2:29 PM; 2:45 - 2:49 PM | Grand Rapids | Hon. Ray Kent |

**APPEARANCES**

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| PLAINTIFF(S): | John Patrick Smith | Steven Hamblin |
| DEFENDANT(S): | William J. Trudgeon<br>Matthew I. Paletz | Grandview Apts Limited Dividend Housing Association, LLC |

**PROCEEDINGS**

NATURE OF HEARING:

**MOTION HEARING** held re defendant's **MOTION** to dismiss and plaintiff's **MOTION** to amend/correct Complaint.  (Dockets 11, 22).

**Motion [22] granted; Motion [11] taken under advisement; Orders to Issue.**

Proceedings Digitally Recorded

Deputy Clerk: J. Manders